Brett Shainfeld (SBN: 245093)
*brett@shainfeld-anvar.com*
Jessica Anvar (SBN: 250610)
*jessica@shainfeld-anvar.com*
12304 Santa Monica Blvd, Suite 100
Los Angeles, CA 90025
Telephone: (310) 442-1410
Facsimile:  (877) 566-8828

Attorneys for Plaintiffs,
DONNA RASKIN and LLOYD RASKIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RASKIN, an individual, and LLOYD RASKIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC., and DOES 1 – 10, inclusive, and each of them,<br><br>Defendants. | Case No.: 8:14-CV-993-DDP-JCG<br><br>**NOTICE OF SETTLEMENT** |

1 NOTICE IS HEREBY GIVEN that this case has settled in its entirety. The Parties anticipate filing a Joint Stipulation to Dismiss the action in its entirety with prejudice within 30 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 5, 2015 for filing a joint dismissal.

Respectfully submitted,

Dated: May 5, 2015                             SHAINFELD & ANVAR, PC

/s/ *Jessica Anvar*
Jessica Anvar
Attorneys for Plaintiffs

I

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California.  I am over eighteen years and not a party to the within-entitled action. My business address is Shainfeld & Anvar, PC, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025.

The foregoing document was served via ECF on all parties and their attorneys of record in *DONNA RASKIN, an individual, and LLOYD RASKIN, an individual v. NAVIENT SOLUTIONS, INC., and DOES 1 – 10, inclusive, and each of them, Case No. 8:14-CV-993-DDP-JCG*, via ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California.

Dated: May 5, 2015                         /s/ *Jessica Anvar*
                                            Jessica Anvar